AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WINSTON & STRAWN, LLP,

Plaintiff,

v.

HAROLD E. DOLEY
and DOLEY SECURITIES, INC.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:08-cv-00144 (RBW)

TO: (Name and address of Defendant)

~~DOLEY SECURITIES, INC.~~
~~c/o Harold E. Doley~~
67 N. Broadway
Irvington, NY 10533

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Buchanan, Esq.
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                     JAN 3 0 2008

CLERK                                                                                          DATE

T. Davis
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 2-22-2008 |
| NAME OF SERVER (PRINT) Jerome Holmes | TITLE Agent |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served Chad Robert on behalf of Dolev Securities. Chad Robert's title is President and was served at 616 Baronne St N.O. LA 70113

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/22/2008
                   Date

Signature of Server

P.O. Box 231131 N.O, LA 70183
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Return of Service* was served, via first-class mail, postage-prepaid, this 5th day of March, 2008, on the following:

>Doley Securities Inc.
>c/o Harold E. Doley
>67 N. Broadway
>Irvington, NY 10533

>/s/
>Thomas M. Buchanan, DC Bar # 337907
>*Attorney for Plaintiff*
>WINSTON & STRAWN LLP
>1700 K Street, NW
>Washington, DC 20006
>(202) 282-5883