UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINSTON & STRAWN, LLP,

    Plaintiff,

vs.                                                                  Case No: 1:08-cv-00144 (RBW)

HAROLD E. DOLEY
and DOLEY SECURITIES, INC.,

    Defendants.

---

### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

    Plaintiff Winston & Strawn, LLP moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to *Defendants' Motion to Dismiss the Complaint, or in the Alternative, for a More Definite Statement* ("Motion to Dismiss"). Plaintiff seeks, by this motion, to enlarge the time for Plaintiff to file its response to the Motion to Dismiss to April 8, 2008. Defendants, through counsel, Claude Roxborough, II, Esq., do not oppose this motion.

    Plaintiff's response is currently due on March 18, 2008. Counsel for Plaintiff has conferred with counsel for Defendants, and the parties have agreed that this modest extension is warranted to provide the parties time to discuss a potential resolution of this matter

    For the foregoing reasons, Plaintiff seeks additional time to file its response to the Motion to Dismiss. A proposed order consistent with the foregoing is attached hereto.

    Respectfully submitted,

    _____\s_____
Thomas Buchanan # 337907
WINSTON & STRAWN, LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000

March 14, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Plaintiff's Unopposed Motion for Enlargement of Time, and Memorandum in Support Thereof*, and a proposed order has been sent through the Court's electronic transmission facilities on this 14th day of March, 2008.

_____\\s\\_____
Thomas Buchanan # 337907
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINSTON & STRAWN, LLP,

    Plaintiff,

vs.                                     Case No: 1:08-cv-00144 (RBW)

HAROLD E. DOLEY
and DOLEY SECURITIES, INC.,

    Defendants.

_____

## ORDER

Upon consideration of Plaintiff's Unopposed Motion for Enlargement of Time, and Memorandum in Support Thereof, the Court being fully informed, it is this _____ day of March, 2008 hereby

ORDERED that the Motion be GRANTED; and it is

FURTHER ORDERED that the time for Plaintiff to file its response to Defendants' Motion to Dismiss the Complaint, or in the Alternative, for a More Definite Statement is hereby enlarged up to and including April 8, 2008.

_____
UNITED STATES DISTRICT JUDGE

Thomas Buchanan # 337907
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000

Claude W. Roxborough, II
WILLIAMS, MYERS & QUIGGLE
888 17th Street, N.W.
Washington, DC 20006
(301) 675-4349