UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINSTON & STRAWN, LLP,

    Plaintiff,

vs.

HAROLD E. DOLEY
and DOLEY SECURITIES, INC.,

    Defendants.

Case No: 1:08-cv-00144 (RBW)

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Plaintiff Winston & Strawn, LLP moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to *Defendants' Motion to Dismiss the Complaint, or in the Alternative, for a More Definite Statement* ("Motion to Dismiss"). Plaintiff seeks, by this motion, to enlarge the time for Plaintiff to file its response to the Motion to Dismiss to April 22, 2008. Defendants, through counsel, Claude Roxborough, II, Esq., do not oppose this motion.

Plaintiff's response was first due on March 18, 2008. Counsel for Plaintiff and Defendants agreed to extend the time for Plaintiff to file an opposition to April 8, 2008 to provide the parties additional time to discuss a potential resolution of this matter. The parties have been in discussions since that time, but agree that they need an additional modest extension to determine if a resolution of this matter can occur.

For the foregoing reasons, Plaintiff seeks additional time to file its response to the Motion to Dismiss. A proposed order consistent with the foregoing is attached hereto.

                                          Respectfully submitted,

                                          _____\s_____
                                          Thomas Buchanan # 337907
                                          WINSTON & STRAWN, LLP
                                          1700 K Street, N.W.
                                          Washington, D.C.  20006-3817
                                          (202) 282-5000

April 4, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Plaintiff's Unopposed Motion for Enlargement of Time, and Memorandum in Support Thereof*, and a proposed order has been sent through the Court's electronic transmission facilities on this 4th day of April, 2008.

                                                \s\
Thomas Buchanan # 337907
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINSTON & STRAWN, LLP,

    Plaintiff,

vs.

HAROLD E. DOLEY
and DOLEY SECURITIES, INC.,

    Defendants.

Case No: 1:08-cv-00144 (RBW)

### ORDER

Upon consideration of Plaintiff's Unopposed Motion for Enlargement of Time, and Memorandum in Support Thereof, the Court being fully informed, it is this _____ day of April, 2008 hereby

ORDERED that the Motion be GRANTED; and it is

FURTHER ORDERED that the time for Plaintiff to file its response to Defendants' Motion to Dismiss the Complaint, or in the Alternative, for a More Definite Statement is hereby enlarged up to and including April 22, 2008.

_____
UNITED STATES DISTRICT JUDGE

Thomas Buchanan # 337907
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000

Claude W. Roxborough, II
WILLIAMS, MYERS & QUIGGLE
888 17th Street, N.W.
Washington, DC 20006
(301) 675-4349