UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINSTON & STRAWN, LLP,

    Plaintiff,

vs.

                                      Case No: 1:08-cv-00144 (RBW)

HAROLD E. DOLEY
and DOLEY SECURITIES, INC.,

    Defendants.

---

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Charles B. Klein as co-counsel in this case for Plaintiff Winston & Strawn, LLP.

Dated: April 4, 2008                                                 /s/ Charles B. Klein

                                                                      Charles B. Klein (D.C. Bar No. 450984)
                                                                      WINSTON & STRAWN LLP
                                                                      1700 K Street, N.W.
                                                                      Washington, D.C. 20006
                                                                      Tel:   (202) 282-5977
                                                                      Fax:   (202) 282-5100
                                                                      cklein@winston.com

                                                                    *Co-Counsel for Winston & Strawn, LLP*