UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| WINSTON & STRAWN, LLP,<br>        Plaintiff,<br><br>Vs.<br><br>HAROLD F. DOLEY, and<br>DOLEY SECURITIES, INC.,<br>        Defendants. | )<br>)<br>)<br>) Case: 1:08-CV 00144<br>) Assigned to: Walton, Reggie B<br>) Assign Date: 1/24/2006<br>) Description: Contract<br>) |

**MOTION TO EXTEND TIME TO RESPOND TO CORRECTED MOTION FOR SUMMARY JUDGMENT UNTIL DISPOSITION OF THE PENDING MOTION TO DISMISS AND OR THE FILING OF AN ANSWER.**

Defendants Harold E. Doley and Doley Securities, Inc., by and through their undersigned counsel and pursuant to the rules of this court, respectfully requests that this Court extend time to the defendants to respond to the corrected motion for Summary Judgment to allow the court to dispose of the defendant's pending motion to dismiss and or after the filing of defendants answer. The reasons therefore are stated as follows:

1. The Plaintiff on their own initiative filed a corrected declaration of Thomas M. Buchanan, Esq. and a corrected statement of material facts as to which they suggest there is no issue on May 6, 2008.

2. There has been pending a motion to dismiss the complaint, the opposition and a supplemental memorandum in support with a request for an oral hearing. That motion has not been disposed of and no answer has been filed.

3. The corrected declaration and statement of material facts is at best confusing and my client Mr. Harold Doley has been out of the Country and for this period inaccessible.

Wherefore upon the premises considered the defendant's pray that the motion to extend time to respond to the Motion for Summary Judgment be extended to allow the court to dispose of the defendant's pending motion to dismiss and or after the filing of defendants answer.

Respectfully Submitted


\_\_/Claude ROXBOROUGH_____
Claude Roxborough Esq. 162313
709 Irving St. NW
Washington, DC 20010
202 368 8847

CERTIFICATE OF SERVICE

I Claude Roxborough Esq. hereby certify that a copy of the foregoing was mailed postage prepaid to Thomas Buchanan 1700 K Street, NW, Washington, DC 20006 this     day of 2008.


\_\_/s/Claude Roxborough_____
Claude Roxborough

UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| **WINSTON & STRAWN, LLP,**         ) | |
| **Plaintiff,**         ) | |
|         ) | |
| Vs.         ) | Case: 1:08-CV 00144 |
|         ) | Assigned to: Walton, Reggie B |
| **HAROLD F. DOLEY, and**         ) | Assign Date: 1/24/2006 |
| **DOLEY SECURITIES, INC.,**         ) | Description: Contract |
| **Defendants.**         ) | |

ORDER

Upon consideration of the Defendant's motion to extend time to respond to the Plaintiff's corrected motion for Summary Judgment to allow the court to dispose of the defendant's pending motion to dismiss and or after the filing of defendants answer. The opposition thereto, and there being good cause shown; it is by the Court this      day of 2008

Ordered: that the motion be and is the same is hereby granted.

_____