UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINSTON & STRAWN LLP,

    Plaintiff,

vs.                                                 Case No: 1:08-cv-00144 (RBW)

HAROLD E. DOLEY
and DOLEY SECURITIES, INC.,

    Defendants.

---

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO EXTEND TIME TO RESPOND TO
CORRECTED MOTION FOR SUMMARY JUDGMENT**

    Plaintiff Winston & Strawn LLP ("W&S"), by and through its undersigned counsel, hereby responds to the Motion to Extend Time to Respond to Corrected Motion for Summary Judgment Until Disposition of the Pending Motion to Dismiss and or the Filing of an Answer ("Motion to Extend"), filed by Defendants Harold E. Doley and Doley Securities, Inc. (together, "Defendants").

    In their Motion to Extend, Defendants request that the Court stay the time for them to respond to W&S' Motion for Summary Judgment (currently due today, May 20, 2008[1]) until after the Court has decided Defendants' Motion to Dismiss or Defendants have filed an answer to the Complaint. But Defendants cite no authority authorizing such a stay of W&S' dispositive motion.

---

[1] Plaintiff filed its errata statement of facts and affidavit in support of its Motion for Summary Judgment on May 6, 2008. Under Local Rule 7(b), Defendants' had 11 days from this date (plus three days based on electronic service) to respond to this amended pleading. Thus, Defendants' response is due on May 20, 2008.

W&S' Motion for Summary Judgment is ripe for decision at this time. Rule 56(a) of the Federal Rules of Civil Procedure allows any party moving for summary judgment to file the motion "at any time after 20 days have passed from commencement of the action" – even if a motion to dismiss happens to be pending. FED.R.CIV.P. 56(a). There is no dispute that W&S' Motion for Summary Judgment was filed well after 20 days from the commencement of this action – *i.e.*, the Complaint was filed on January 25, 2008, Defendants were served on February 22, 2008, and W&S filed its motion on April 24, 2008.

Moreover, Defendants have not met their burden of establishing that a stay of W&S' Motion for Summary Judgment would be appropriate. *See Clinton v. Jones*, 520 U.S. 681, 708 (1997) ("[T]he proponent of a stay bears the burden of establishing its need"). Defendants have not put forward any purported need for the requested stay. And there is no reason to delay resolution of W&S's dispositive motion. As discussed in W&S' opposition to Defendants' Motion to Dismiss, that motion – which claims that attorney-client engagement letters routinely used throughout the District and the country are unenforceable – has absolutely no merit and should be summarily denied. Accordingly, the Motion to Dismiss should not bar prompt resolution of W&S' Motion for Summary Judgment concerning a straightforward breach of contract claim based on undisputed facts. In fact, if the Court were inclined to hold a hearing on the pending motions, it would make sense from the standpoint of judicial economy to set a hearing addressing both Defendants' Motion to Dismiss and Plaintiff's Motion for Summary Judgment at the same time.

In their Motion to Extend, however, Defendants state that Defendant Doley has been out of the country. W&S thus does not oppose a reasonable extension of two additional

weeks to respond to its Motion for Summary Judgment, thus making Defendants' response to that motion due on June 3, 2008.[2]

                                                       Respectfully submitted,

                                                       _____\s_____
                                                       Thomas Buchanan # 337907
                                                       Winston & Strawn LLP
                                                       1700 K Street, N.W.
                                                       Washington, D.C.  20006-3817
                                                       (202) 282-5000

Dated: May 20, 2008

---

[2] Under Local Rule 7(m), Defendants should have met and conferred with Plaintiff before filing this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Plaintiff's Response to Defendants' Motion to Extend Time to Respond to Corrected Motion for Summary Judgment* has been sent through the Court's electronic transmission facilities on this 20th day of May, 2008.

_____\\s\_____
Charles B. Klein # 450984
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000