**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
WINSTON & STRAWN, LLP,              )
                                                    )
          Plaintiff,                        )
                                                    )
    v.                                          )  Civil Action No. 08-144  (RBW)
                                                    )
HAROLD E. DOLEY                        )
and DOLEY SECURITIES, INC.,        )
                                                    )
          Defendants.                    )
_____)

**ORDER**

In accordance with the oral ruling of the Court issued at the conclusion of the hearing on the merits of the plaintiff's motion for summary judgment held on June 26, 2009, it is

**ORDERED** that the plaintiff's motion is **GRANTED**.  It is further

**ORDERED** that **FINAL JUDGMENT** is entered in favor of the plaintiff against the defendants jointly and severally in the amount of $84,412.19, plus prejudgment interest and costs.  It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 29th day of June, 2009.

                                                              REGGIE B. WALTON
                                                              United States District Judge