UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINSTON & STRAWN LLP,

    Plaintiff,

vs.                                                                          Case No: 1:08-cv-00144 (RBW)

HAROLD E. DOLEY
and DOLEY SECURITIES, INC.,

    Defendants.

---

**JUDGMENT CREDITOR'S INTERROGATORIES AND REQUEST
FOR PRODUCTION OF DOCUMENTS**

A final judgment was entered in the District Court for the District of Columbia on the 29th day of June 2009, in favor of Winston & Strawn LLP ("W&S") against Harold E. Doley ("Doley") and Doley Securities, Inc. ("DSI") jointly and severally for $84,412.19, plus prejudgment interest and costs.

Pursuant to Rules 69, 33, and 34 of the Federal Rules of Civil Procedure ("Rules"), Judgment Creditor W&S, by counsel, propounds the following set of interrogatories and document requests upon Doley and DSI.

**DEFINITIONS**

1.    The term "document" is used herein in the broadest sense under the Federal Rules of Civil Procedure and includes, without limitation, writings, drawings, graphs, charts, handwritten notes, film, photographs, audio and video recordings and any such representations stored on a computer, a computer disk, CD-ROM, magnetic or electronic tape, or any other means of electronic storage, and other compilations from which information can be obtained in machine-readable form (translated, if necessary, into reasonably usable form). The term

"documents" includes electronically stored information, including electronic mail and drafts of documents, copies of documents that are not identical duplicates of the originals, and copies of documents the originals of which are not in your possession, custody, or control.

2.  The term "identify," when used in reference to:

    (a)  a document, means and includes the name and address of the custodian of the document, the location of the document, and a general description of the document, including (a) the type of document (i.e., correspondence, memorandum, facsimile, etc.); (b) the general subject matter of the document; (c) the date of the document; (d) the author of the document; (e) the addressee of the document; and (f) the relationship of the author and addressee to each other. If any such document is no longer in any of Doley's or DSI's possession, subject, or control, "identify" also means to state what disposition was made of it and the date of such disposition.

    (b)  a natural person, means to state his or her full name, home and office telephone number, address, e-mail address, screen name, business title, business affiliation or, if the above are not known, such information as was last known.

    (c)  a corporation, partnership or any legal entity other than a natural person, means to state its full name, form of organization, current or last known address and principal place of business and phone number.

    (d)  any act, occurrence, transaction, decision, statement, communication or conduct, means to describe in substance the event or events constituting such act, or what transpired, the place and date thereof and to identify the persons present, the persons involved, and all documents that relate to the act.

3.  Unless otherwise specified, the terms "person" or "persons" as used herein mean natural persons, corporations, associations, partnerships, joint ventures, proprietorships,

governmental agencies, departments or offices or other legal entities, whether foreign or domestic.

4. The words "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the document request inclusive rather than exclusive.

5. Information or a document that "relates to" a given subject matter, as used herein, means information or a document that constitutes, embodies, comprises, reflects, identifies, states, refers to, deals with, comments on, responds to, describes, analyzes, contains information concerning, or is in any way pertinent to that subject matter, including, without limitation, documents concerning the preparation or presentation of other documents.

6. The use of the past tense shall include the present tense, and the use of the present tense shall include the past tense, so as to make the document request inclusive rather than exclusive.

7. The singular includes the plural, and vice versa.

8. The term "including" shall mean "including without limitation."

9. "You" and "Your" shall mean Doley and DSI.

10. Unless otherwise defined, all words and phrases used in this First Set of Interrogatories shall be accorded their usual meaning as defined by Webster's New Universal Unabridged Dictionary (2d ed. 1983).

## INSTRUCTIONS

1. If you object to any request or part thereof on the claim of privilege, you must nevertheless provide the following information, unless divulging the information would disclose the privileged information:

  (a) the nature of the privilege claimed (including work product);

    (b)    if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

    (c)    the date of the document or oral communication;

    (d)    if a document: its type (correspondence, memorandum, facsimile etc.), custodian, location, and such other information sufficient to identify the document for a subpoena *duces tecum* or a document request, including where appropriate the author, the addressee, and, if not apparent, the relationship between the author and addressee;

    (e)    if an oral communication: the place where it was made, the names of the persons present while it was made, and, if not apparent, the relationship of the persons present to the declarant; and

    (f)    the general subject matter of the document or oral communication.

2.    To the extent that you consider any of the following requests objectionable, answer so much of each request and each part thereof as is not objectionable in your view and separately state that part of each request as to which you raise objection and each ground for each such objection.

3.    Where documents in the possession or control of Doley and/or DSI. are requested, each request includes documents not only in Doley's and DSI's possession, but also documents over which Doley and/or DSI has control, including documents in the possession of any of Doley's and/or DSI's agents, representatives, experts and, unless privileged, Doley's and/or DSI's attorneys..

4.    All relevant documents are requested, regardless of when they were created.

## INTERROGATORIES

**Interrogatory No. 1.**  Identify all assets of any kind of Doley (including contingent assets, assets held on Doley's behalf, for his benefit, or for which he is the beneficiary) including but not limited to the following:

    a) deeds;

    b) deeds of trust;

    c) bank statements;

    d) brokerage account statements;

    e) retirement account statements;

    f) trusts or trust account statements;

    g) any other kind of account statements;

    h) automobile titles;

    i) other documents reflecting ownership of personal property; or

    j) any other documents reflecting Doley's assets of any kind

**Interrogatory No. 2.**  Identify the total dollar amount of the assets described in response to interrogatory number 1.

**Interrogatory No. 3.**  Identify all assets of any kind of DSI (including contingent assets, assets held on DSI's behalf, for DSI's benefit, or for which DSI is the beneficiary) including but not limited to the following:

    a) deeds;

    b) deeds of trust;

    c) bank statements;

    d) brokerage account statements;

    e) retirement account statements;

    f) trusts or trust account statements;

    g) any other kind of account statements;

    h) automobile titles;

    i) other documents reflecting ownership of personal property; or

    j) any other documents reflecting DSI's assets of any kind

**Interrogatory No. 4.** Identify the total dollar amount of the assets described in response to interrogatory number 3.

## DOCUMENT REQUESTS

1. All documents that support your answers to Judgment Creditor's Interrogatories, which are described above.

Respectfully submitted,

_____\\s\_____
Thomas M. Buchanan # 337907
Charles B. Klein, # 450984
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C.  20006-3817
(202) 282-5000

Dated:  July 21, 2009      *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Judgment Creditor's Interrogatories and Request for Production of Documents* to be served via e-mail and Federal Express, this 21st day of July, 2009 on:

Claude Roxborough
Kimmel & Roxborough LLC
709 Irving St. NW
Washington, DC 20010

_____\s\_____
Adam S. Nadelhaft