**Nadelhaft, Adam S.**

| | |
|---|---|
| **From:** | Nadelhaft, Adam S. |
| **Sent:** | Tuesday, August 25, 2009 9:19 AM |
| **To:** | 'roxborougl@aol.com' |
| **Cc:** | Klein, Chuck; Buchanan, Tom |
| **Subject:** | FW: Winston & Strawn LLP v. Doley, et al |
| **Attachments:** | INTERROGATORIES_AND_PRODUCTION_OF_DOCUMENTS.pdf |

Claude-

Harold E. Doley's and Doley Securities, Inc.'s responses to the attached interrogatories and document requests regarding their assets were due yesterday, August 24, 2009. Please let me the status of these productions by Wednesday, August 26, 2009. I am available by e-mail or by phone.

Best-


**Adam S. Nadelhaft**
Associate
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817
D: +1 (202) 282-5883
F: +1 (202) 282-5100
Bio | VCard | Email | www.winston.com

WINSTON
& STRAWN

---

**From:** Nadelhaft, Adam S.
**Sent:** Tuesday, July 21, 2009 5:21 PM
**To:** 'roxborougl@aol.com'
**Cc:** Buchanan, Tom; Klein, Chuck
**Subject:** Winston & Strawn LLP v. Doley, et al

Claude-

Attached, please find interrogatories and request for production of documents on Harold E. Doley and Doley Securities, Inc. regarding their assets. Winston & Strawn LLP is seeking this information as judgment creditors for $84,412.19, plus prejudgment interest and costs, which was awarded by Judge Walton on June 29, 2009. A separate copy will be Federal Expressed to your office.

Please call me if you have any questions.


**Adam S. Nadelhaft**
Associate
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817
D: +1 (202) 282-5883

9/4/2009

F: +1 (202) 282-5100
Bio | VCard | Email | www.winston.com

WINSTON
& STRAWN
LLP

9/4/2009

## Nadelhaft, Adam S.

**From:** Nadelhaft, Adam S.
**Sent:** Tuesday, September 01, 2009 4:51 PM
**To:** 'roxborougl@aol.com'
**Subject:** FW: Winston & Strawn LLP v. Doley, et al
**Attachments:** INTERROGATORIES_AND_PRODUCTION_OF_DOCUMENTS.pdf

Claude-

I have tried to call you a number of times, but have been unable to leave a message. Will Doley and Doley Securities Inc. be responding to the attached interrogatories and document requests, that are now overdue? Please respond.

Best-


**Adam S. Nadelhaft**
Associate
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817
D: +1 (202) 282-5883
F: +1 (202) 282-5100
Bio | VCard | Email | www.winston.com

WINSTON
& STRAWN

---

**From:** Nadelhaft, Adam S.
**Sent:** Tuesday, August 25, 2009 9:19 AM
**To:** 'roxborougl@aol.com'
**Cc:** Klein, Chuck; Buchanan, Tom
**Subject:** FW: Winston & Strawn LLP v. Doley, et al

Claude-

Harold E. Doley's and Doley Securities, Inc.'s responses to the attached interrogatories and document requests regarding their assets were due yesterday, August 24, 2009. Please let me the status of these productions by Wednesday, August 26, 2009. I am available by e-mail or by phone.

Best-


**Adam S. Nadelhaft**
Associate
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817
D: +1 (202) 282-5883
F: +1 (202) 282-5100
Bio | VCard | Email | www.winston.com

9/4/2009



**From:** Nadelhaft, Adam S.
**Sent:** Tuesday, July 21, 2009 5:21 PM
**To:** 'roxborougl@aol.com'
**Cc:** Buchanan, Tom; Klein, Chuck
**Subject:** Winston & Strawn LLP v. Doley, et al

Claude-

Attached, please find interrogatories and request for production of documents on Harold E. Doley and Doley Securities, Inc. regarding their assets. Winston & Strawn LLP is seeking this information as judgment creditors for $84,412.19, plus prejudgment interest and costs, which was awarded by Judge Walton on June 29, 2009. A separate copy will be Federal Expressed to your office.

Please call me if you have any questions.

**Adam S. Nadelhaft**
Associate
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817
D: +1 (202) 282-5883
F: +1 (202) 282-5100
Bio | VCard | Email | www.winston.com

WINSTON
& STRAWN
LLP