UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINSTON & STRAWN LLP,

    Plaintiff,

vs.

HAROLD E. DOLEY
and DOLEY SECURITIES, INC.,

    Defendants.

Case No: 1:08-cv-00144 (RBW)

## STATUS REPORT SUBMITTED BY WINSTON & STRAWN LLP

Winston & Strawn LLP ("W&S"), through counsel, submits the following status report to update the Court on Defendants' posting of a bond. W&S was informed by Defendants' counsel and a representative of First NBC Bank that a bond will be issued in the amount of $84,412.19 tomorrow morning. In addition, they represented that over the next few days the bond will be increased to $93,847.30 to include pre- and post-judgment interest. Because it appears that a bond will be posted for the full amount of the judgment, pending appeal, W&S does not believe that tomorrow's hearing is necessary. W&S will inform the Court if the full bond has not been posted by next week, which would necessitate a hearing regarding Defendants' discovery responses.

                                                  Respectfully submitted,

                                                  _____\s_____
                                                  Thomas Buchanan # 337907
                                                  Charles B. Klein # 450984
                                                  Winston & Strawn LLP
                                                  1700 K Street, N.W.
                                                  Washington, D.C. 20006-3817
                                                  (202) 282-5000

                                                  *Counsel for Plaintiff*

Dated: November 11, 2009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Status Report Submitted by Winston & Strawn LLP* has been sent through the Court's electronic transmission facilities on this 11th day of November, 2009.

                                        \s\
                              Charles B. Klein # 450984
                              WINSTON & STRAWN LLP
                              1700 K Street, N.W.
                              Washington, D.C. 20006-3817
                              (202) 282-5000