UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINSTON & STRAWN LLP,

    Plaintiff,

vs.                                                                                       Case No: 1:08-cv-00144 (RBW)

HAROLD E. DOLEY
and DOLEY SECURITIES, INC.,

    Defendants.

---

**WINSTON & STRAWN LLP'S MOTION TO ENFORCE
THE COURT'S NOVEMBER 24, 2009 AND MARCH 2, 2010 ORDERS
AND REQUEST FOR SANCTIONS**

Winston & Strawn LLP ("W&S"), through counsel, moves this Court to enforce its November 24, 2009 and March 2, 2010 orders. Defendants Harold E. Doley and Doley Securities, Inc., as well as their counsel, Claude Roxborough, have failed to comply with either order, despite their promises to the contrary.[1]

After this Court granted summary judgment to W&S on June 29, 2009 (Dkt. 31), W&S, as judgment creditor, served on Defendants interrogatories and requests for production of documents in order to identify Defendants' assets. Defendants did not respond to these requests, forcing W&S to file a motion to compel on September 4, 2009. Dkt. 34. The Court granted the motion to compel, and asked the parties to appear before the Court on October 20, 2009 in order for Defendants to show cause as to why the Court should not order the Defendants and their counsel to pay W&S's reasonable expenses, including attorney's fees, incurred in filing its motion to compel. Dkt. 37. On October 15, Defendants provided a limited amount of

---

[1] W&S attempted to contact counsel for Defendants about this motion by email and phone, both last week and this week. Counsel for Defendants has not returned any of W&S's messages.

information responsive to W&S's discovery requests. At the October 20 hearing, which Defendants' counsel failed to appear, W&S explained to the Court that Defendants' discovery was incomplete. That same day, the Court issued another order, requiring Defendants to provide complete responses to W&S's discovery requests. Dkt. 40. On November 11, 2009, counsel for Defendants informed W&S that a bond would be issued for $84,412.19 the next day, and that the bond would then be increased by $9,435.11 to include interest, a few days later. Dkt. 43. In exchange for that agreement, W&S agreed to not seek the additional discovery that the Court ordered. *Id.*

The Court ordered Defendants to post a *supersedeas* bond in the amount of $84,412.19 on or before December 23, 2009. Dkt. 49. Defendants have complied with that order. Two months later, Defendants filed a consent motion to increase the bond by $9,435.11. Dkt. 53. The Court granted the motion on March 2, 2010. Dkt. 54. Since then, on at least 11 occasions, W&S has reached out to counsel for Defendants to increase the bond as the Court ordered. On several of those occasions, counsel for Defendants promised that the bond was being "taken care of." On other occasions, counsel for Defendants failed to respond to W&S. In any event, Defendants have failed to post an additional bond of $9,435.11. W&S asks the Court to order Defendants to post the additional bond of $9,435.11 immediately.

Additionally, Claude Roxborough, counsel for Defendants, has failed to comply with an order of this Court. On November 5, 2010, the Court requested that W&S submit a bill of costs outlining all reasonable expenses, including attorney's fees, incurred in filing its motion to compel responses to its interrogatories and request for documents, as well as its reasonable expenses and fees in preparing for and attending the October 20, 2009 hearing. Dkt. 45. W&S submitted a bill of costs for $5,015. Dkt. 42. On November 24, 2010, Mr. Roxborough agreed

2

to be responsible himself for the $5,015 to be made in monthly payments of $1,000 to W&S, with the first payment being made on November 30, 2009. *See* Ex. 1. On November 25, 2009, Mr. Roxborough withdrew any objections to W&S's bill of costs, and represented to the Court that he "accepts the cost as stated and has arranged to be responsible for the payment on terms agreed to by both counsels." Dkt. 47. Mr. Roxborough made two payments of $1,000. But since December 18, 2009, he has made no more payments. On at least 10 occasions, W&S has either spoken to, or sent messages to Mr. Roxborough regarding these payments. When Mr. Roxborough has responded, he has promised that payment would be forthcoming, but that payment has never arrived. Currently, the remaining $3,015 is still due.

## CONCLUSION

For the foregoing reasons, W&S respectfully requests that this Court to enforce its Orders of November 24, 2009 and March 2, 2010. Additionally, to the extent the Court deems appropriate, sanctions should be issued against Defendants and their counsel for failure to comply with its Orders.

Respectfully submitted,

_____\s\_____
Thomas Buchanan # 337907
Charles B. Klein # 450984
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000

*Counsel for Plaintiff*

Dated: April 29, 2010

# EXHIBIT 1

**Nadelhaft, Adam S.**

| | |
|---|---|
| **From:** | Nadelhaft, Adam S. |
| **Sent:** | Tuesday, November 24, 2009 2:13 PM |
| **To:** | 'Roxborougl@aol.com' |
| **Cc:** | Buchanan, Tom; Klein, Chuck |
| **Subject:** | WINSTON & STRAWN, LLP v. DOLEY: Bill of Costs |

Claude-

As we discussed today on the phone, you will withdraw your objections to our bill of costs by the end of the day. You have also agreed that you are responsible for the full $5,015.00 that was detailed in the bill of costs. Winston & Strawn LLP will agree that you can pay the $5,015.00 in installments of $1,000 per month, but only if the first payment of $1,000 is received by November 30, 2009.

Best-


**Adam S. Nadelhaft**
Associate
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817
D: +1 (202) 282-5883
F: +1 (202) 282-5100
Bio | VCard | Email | www.winston.com

WINSTON
& STRAWN
LLP

4/29/2010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINSTON & STRAWN LLP,

    Plaintiff,

vs.

HAROLD E. DOLEY
and DOLEY SECURITIES, INC.,

    Defendants.

Case No: 1:08-cv-00144 (RBW)

### ORDER

Upon consideration of Plaintiff's Motion to Enforce, the Defendants' response thereto, any hearing thereon, and the entire record in this action, the Court being fully informed, it is this _____ day of _____, 2010 hereby

ORDERED that Plaintiff's Motion to Enforce is hereby GRANTED; and it is further

ORDERED that Defendants must increase their *supersedeas* bond by $9,435.11, resulting in a total bond amount of $93,847.30, on or before May 6, 2010; and it is further

ORDERED that counsel for Defendants, Claude Roxborough, must pay Winston & Strawn LLP $3,015 on or before May 30, 2010.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Thomas M. Buchanan # 337907
Charles B. Klein # 450984
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000

Claude Roxborough
Law Offices of
Kimmel & Roxborough, LLC
709 Irving St. NW
Washington, DC 20010
(202) 368-8847

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Winston & Strawn LLP's Motion to Enforce the Court's November 24, 2009 and March 2, 2010 Orders and Request for Sanctions*, and a proposed order have been sent through the Court's electronic transmission facilities on this 29th day of April, 2010.

_____\\s\\_____
Thomas Buchanan # 337907
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006-3817
(202) 282-5000